UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-7045 PA (MRW) | Date | December 29, 2016 |
|---|---|---|---|
| Title | Hill v. Men's Central Jail | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff / Petitioner: | Attorneys Present for Defendant / Respondent: |
|---|---|
| None present | None present |

**Proceedings:**   ORDER TO SHOW CAUSE

1.  This is a prisoner civil rights action. The Court previously authorized the service of Plaintiff's complaint on a guard at the Los Angeles Men's Central Jail. (Docket # 5.)

2.  That individual subsequently moved to dismiss one of the two causes of action for failure to state a claim. (Docket # 12.) The Court informed Plaintiff of his obligation to respond to the motion. (Docket # 14, 16.)

3.  However, other than a formulaic request for the appointment of a civil lawyer (Docket # 18), Plaintiff failed to respond to the motion by the due date. Additionally, Plaintiff was unable to provide any meaningful information (first name, badge number, specific identifying characteristics) about a second defendant to allow the Marshals Service to serve the complaint. (Docket # 15.) The Court dismissed that individual without prejudice. (Docket # 16.)

4.  Plaintiff's failure to oppose the dismissal motion or to provide adequate service information raises the possibility that he has no interest in pursuing this civil case in federal court. Therefore, Plaintiff is ordered to show cause why the action should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 for failure to diligently prosecute the action or to follow court orders.

5.  To avoid this final dismissal, Plaintiff must file his response to the dismissal motion _and_ a written explanation for the delay in responding promptly to the Court's instruction. Plaintiff's submissions will be due by February 1, 2017.