# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JASON HILL,

        Plaintiff,

        v.

MEN'S CENTRAL JAIL, et al.,

        Defendants.

Case No. CV 16-7045 PA (MRW)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered in favor of Defendants.

DATE: March 21, 2018

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE