# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JASON HILL,

      Plaintiff,

      v.

MEN'S CENTRAL JAIL, et al.,

      Defendants.

Case No. CV 16-7045 PA (MRW)

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that judgment be entered in favor of Defendants.

DATE: March 21, 2018

_____

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE